| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Carolina Customized Interiors LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  127 Homes** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2970429** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**7929 Stone Forest Way**<br>**Wake Forest, NC 27587**<br>Number, Street, City, State & ZIP Code<br><br>**Wake**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Carolina Customized Interiors LLC**                                    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Carolina Customized Interiors LLC**                                                     Case number (*if known*)
      Name

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* |
|---|---|---|

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■   **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . *Check one:* |
|---|---|---|

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

Debtor **Carolina Customized Interiors LLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **Carolina Customized Interiors LLC**     Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 15, 2024**
                   MM / DD / YYYY

**X**    **/s/ Jeremy Payne**            **Jeremy Payne**
     Signature of authorized representative of debtor       Printed name

Title    **Manager**

**18. Signature of attorney**

**X**    **/s/ Joseph Z. Frost**            Date  **November 15, 2024**
     Signature of attorney for debtor                      MM / DD / YYYY

**Joseph Z. Frost**
Printed name

**BUCKMILLER, BOYETTE & FROST, PLLC**
Firm name

**4700 Six Forks Road, Suite 150**
**Raleigh, NC 27609**
Number, Street, City, State & ZIP Code

Contact phone    **919-296-5040**       Email address    **jfrost@bbflawfirm.com**

**44387 NC**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Carolina Customized Interiors LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ADP, Inc.<br>Attn: Manager, Agent, Officer<br>PO Box 83072<br>Philadelphia, PA 19182-0272 | | | Disputed | | | $49.95 |
| Ally Financial Inc.<br>Attn: Manager, Agent, Officer<br>P.O. Box 380901<br>Minneapolis, MN 55438 | | 2021 Jeep Gladiator 1C6JJTBG3ML552472 | | $41,502.53 | $38,326.50 | $3,176.03 |
| American Express<br>Attn: Manager, Agent, Officer<br>PO Box 6031<br>Carol Stream, IL 60197 | | | Disputed | | | $51,468.80 |
| Casey Services<br>Attn: Manager, Agent, Officer<br>4900 Purnell Rd<br>Wake Forest, NC 27587 | | | Disputed | | | $6,300.00 |
| Chase<br>Attn: Manager, Agent, Officer<br>P.O. Box 15298<br>Wilmington, DE 19850 | | | Disputed | | | $28,328.30 |
| Chase<br>Attn: Manager, Agent, Officer<br>P.O. Box 15298<br>Wilmington, DE 19850 | | | Disputed | | | $9,895.99 |

Debtor **Carolina Customized Interiors LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Chris Dixon** 6515 US 401N Fuquay Varina, NC 27526 | | | Disputed | | | $1,000.00 |
| **Federated Insurance** Attn: Manager, Agent, Officer PO Box 95231 Chicago, IL 60694 | | | Disputed | | | $2,468.26 |
| **Fidelity Bank** Attn: Manager, Agent, Officer 12201 Capital Blvd Wake Forest, NC 27587 | | Line of Credit | | | | $100,000.00 |
| **JDS Consulting, LLC** Attn: Manager, Agent, Officer PO Box 33219 Raleigh, NC 27636 | | | Disputed | | | $6,186.00 |
| **Lansing Building Products** Attn: Manager, Agent, Officer PO Box 6649 Richmond, VA 23230-0629 | | | Disputed | | | $9,326.37 |
| **Louise Noell** 4912 Yadkin Drive Raleigh, NC 27609 | | | Disputed | | | $0.00 |
| **NC Department of Revenue** Office Serv. Div, Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602-1168 | | | | | | $6,411.00 |
| **Oakmont Capital Services** Attn: Manager, Agent, Officer 600 Willowbrook Lane West Chester, PA 19382 | amoening@oakmontfinance.com | TL8 Track Loader w/ Forestry Mulcher (2024) | | $94,206.43 | $94,000.00 | $206.43 |
| **Phillip & Nicole Vanharrield** 11024 Trappers Creek Raleigh, NC 27614 | | | Disputed | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **Carolina Customized Interiors LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ProBuilder Supply**  Attn: Manager, Agent, Officer  PO Box 931482  Atlanta, GA 31193-1482 | | | **Disputed** | | | $196.67 |
| **Steven & Jennifer Guy**  5212 Inglewood Lane  Raleigh, NC 27609 | | | **Disputed** | | | $0.00 |
| **USI Smith Insulation**  Attn: Manager, Agent, Officer  780 EF Cotrell Road  Louisburg, NC 27549 | | | **Disputed** | | | $2,010.00 |
| **Wake County Tax Collector**  Attn: Manager, Agent, Officer  P.O. Box 2331  Raleigh, NC 27602 | | | | | | $0.00 |

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **Carolina Customized Interiors LLC**                    Case No.
                                    Debtor(s)                     Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 15, 2024**            **/s/ Jeremy Payne**
                                          **Jeremy Payne**/**Manager**
                                          Signer/Title

ADP, Inc.  
Attn: Manager, Agent, Officer  
PO Box 83072  
Philadelphia, PA 19182-0272

Ally Financial Inc.  
Attn: Manager, Agent, Officer  
P.O. Box 380901  
Minneapolis, MN 55438

American Bank, N.A.  
Attn: Manager, Agent, Officer  
P.O. Box 1090  
Cedar Park, TX 78630

American Express  
Attn: Manager, Agent, Officer  
PO Box 6031  
Carol Stream, IL 60197

Bankruptcy Adminstrator  
434 Fayetteville Street  
Suite 640  
Raleigh, NC 27601

Casey Services  
Attn: Manager, Agent, Officer  
4900 Purnell Rd  
Wake Forest, NC 27587

Chase  
Attn: Manager, Agent, Officer  
P.O. Box 15298  
Wilmington, DE 19850

Chris Dixon  
6515 US 401N  
Fuquay Varina, NC 27526

Doug McClanahan  
Hilton Silvers & McClanahan, PLLC  
7320 Six Forks Road, Ste 100  
Raleigh, NC 27615

Federated Insurance  
Attn: Manager, Agent, Officer  
PO Box 95231  
Chicago, IL 60694

Fidelity Bank  
Attn: Manager, Agent, Officer  
12201 Capital Blvd  
Wake Forest, NC 27587

Internal Revenue Service  
Attn: Manager, Agent, Officer  
PO Box 7346  
Philadelphia, PA 19101-7346

JDS Consulting, LLC  
Attn: Manager, Agent, Officer  
PO Box 33219  
Raleigh, NC 27636

Jeremy Payne  
7929 Stone Forest Way  
Wake Forest, NC 27587

Lansing Building Products  
Attn: Manager, Agent, Officer  
PO Box 6649  
Richmond, VA 23230-0629

Louise Noell  
4912 Yadkin Drive  
Raleigh, NC 27609

NC Department of Revenue  
Office Serv. Div, Bankruptcy Unit  
P.O. Box 1168  
Raleigh, NC 27602-1168

Oakmont Capital Services  
Attn: Manager, Agent, Officer  
600 Willowbrook Lane  
West Chester, PA 19382

Phillip & Nicole Vanharrield  
11024 Trappers Creek  
Raleigh, NC 27614

ProBuilder Supply  
Attn: Manager, Agent, Officer  
PO Box 931482  
Atlanta, GA 31193-1482

Stellantis Financial Services, Inc.  
Attn: Manager, Agent, Officer  
3065 Ajers Mill Rd SE, Ste 700  
Atlanta, GA 30339

Steven & Jennifer Guy  
5212 Inglewood Lane  
Raleigh, NC 27609

U.S. Bank Southeast Auto Loan  
Attn: Manager, Agent, Officer  
P.O. Box 790179  
Saint Louis, MO 63179-0179

US Bank Southeast Auto Loan  
Attn: Manager, Agent, Officer  
P.O. Box 790179  
Saint Louis, MO 63179

USI Smith Insulation  
Attn: Manager, Agent, Officer  
780 EF Cotrell Road  
Louisburg, NC 27549

Wake County Tax Collector  
Attn: Manager, Agent, Officer  
P.O. Box 2331  
Raleigh, NC 27602

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Carolina Customized Interiors LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Carolina Customized Interiors LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 15, 2024**  
Date

**/s/ Joseph Z. Frost**  
**Joseph Z. Frost**  
Signature of Attorney or Litigant  
Counsel for  **Carolina Customized Interiors LLC**  
**BUCKMILLER, BOYETTE & FROST, PLLC**  
**4700 Six Forks Road, Suite 150**  
**Raleigh, NC 27609**  
**919-296-5040 Fax:919-890-0356**  
**jfrost@bbflawfirm.com**